IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HOLLAND, | CASE NO. 10-cv-2110 GEB CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| TD AMERITRADE, INC., | |
| Defendant. | |

The hearing on Defendant's Motion to Dismiss [Doc. 15] currently set for October 28, 2010, is continued to November 18, 2010, at 10:00 a.m. in the above entitled court located at 2986 Bechelli Lane, Redding, California.

IT IS SO ORDERED.

DATED: October 14, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE