LOIS O. ROSENBAUM (State Bar No. 60284)
lorosenbaum@stoel.com
BRAD S. DANIELS (*pro hac vice*)
bsdaniels@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 294-9293
Facsimile:  (503) 220-2480

CRAIG A. CARNES, JR. (State Bar No. 238054)
cacarnes@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814-3361
Telephone:  (916) 319-4745
Facsimile:  (916) 447-0700

Attorneys for Defendant TD Ameritrade, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT HOLLAND, | Case No. 10-cv-02110-GEB-CMK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| v. | |
| TD AMERITRADE, INC. , | |
| Defendant. | |

## I.  STIPULATION

Pursuant to Local Rules 143 and 230(f), Plaintiff Scott Holland ("Plaintiff") and Defendant TD Ameritrade, Inc. ("Defendant") hereby stipulate to a continuance of the hearing date on Defendant's Motion to Dismiss, as follows:

1. Defendant's Motion to Dismiss was originally scheduled for a hearing on October 28, 2010 at 10:00 a.m., in the above-entitled Court.

2. On October 14, 2010, the Court entered an order continuing the hearing from October 28, 2010 to November 18, 2010.

3. Defendant's counsel has an unavoidable conflict on November 18, 2010 and respectfully requests a continuance to December 2, 2010. The Court's staff has informed Defendant's counsel that December 2 is available for the hearing.

4. Plaintiff has no objection to the requested continuance and, via email on October 18, 2010, authorized Defendant to file this stipulation.

DATED: October 18, 2010

Respectfully submitted,

| STOEL RIVES LLP | PLAINTIFF (PRO SE) |
|---|---|
| By: *s/ Brad S. Daniels*<br>    Brad S. Daniels<br>    Attorneys for Defendant<br>    TD Ameritrade, Inc. | By: *s/ Scott Holland*<br>    Scott Holland<br>    Plaintiff Pro se |

## II.  ORDER

THIS MATTER came before the undersigned judge in the above-entitled Court upon the foregoing stipulation of the parties. The Court has reviewed the stipulation and IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss in this matter is continued from November 18, 2010 to December 2, 2010 at 10:00 a.m. in the above-entitled Court.

Dated:  October 20, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE