# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT HOLLAND,                                     No. CIV S-10-2110-GEB-CMK

       Plaintiff,

  vs.                                                              <u>ORDER</u>

TD AMERITRADE, INC.,

       Defendant.

_____/

       Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is Plaintiff's motion for recusal of the undersigned in these proceedings (Doc. 26).

       The undersigned finds it appropriate to set the matter for hearing. Therefore, a hearing on Plaintiff's motion for recusal will be set for December 15, 2010, at 9:00 a.m., before the undersigned in Redding, California. Plaintiff also requests a new hearing date for the Defendants' pending motion to dismiss, currently set for hearing on December 1, 2010. As the undersigned finds it appropriate to consider the motion for recusal prior to hearing the motion to dismiss, this request will also be granted. The hearing on the motion to dismiss will be reset to December 16, 2010, at 10:00 a.m.

/ / /

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. A hearing on Plaintiff's motion for recusal is set for December 15, 2010, at 9:00 a.m.; and

3   2. The hearing on the pending motion to dismiss is reset for December 16, 2010, at 10:00 a.m.

DATED: November 18, 2010

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE