IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT HOLLAND,                              No. CIV S-10-cv-2110-GEB-CMK

       Plaintiff,

vs.                                         ORDER

TD AMERITRADE, INC.,

       Defendant.

_____/

     Plaintiff, who is proceeding pro se, brings this civil action. At Plaintiff's request, the court continued the hearing on Defendants' pending motion to dismiss. The court set the motion to dismiss for December 16, 2010, at 10:00 a.m., to be heard at the time and date set for the Initial Scheduling Conference. The court has now been informed by defense counsel that defense counsel will not be available on that date. The court will reset the matter before the undersigned in Redding, California. The parties are advised that any further continuances shall be by stipulation of the parties. The court discourages any further continuances.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the motion to dismiss is reset to December 20, 2010, at 1:00 p.m.

2. The Initial Scheduling Conference is reset to December 20, 2010, at 1:00 p.m.

DATED: November 23, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE