IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HOLLAND, | No. CIV S-10-2110-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| TD AMERITRADE, INC., | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendant's motion to dismiss (Doc. 15). In support of the motion to dismiss, defense counsel filed a declaration attaching various exhibits. This document violates Local Rule 140 in that the exhibits contain plaintiff's unredacted personal information. Rule 140 requires counsel to redact personal data identifiers from documents filed with the court. As the declaration fails to do so, the Clerk of the Court will be directed to strike that document, and it will not be referenced in connection with the pending motion to dismiss as filed. If counsel determines that the declaration and exhibits are required for the motion to dismiss, the motion and supporting documents may be re-filed and re-noticed.

/ / /

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    The Clerk of the Court is directed to strike the Declaration of Lois O. Rosenbaum (Doc. 17); and

4       2.    The Clerk of the Court is further directed to restrict public access to the declaration.

DATED: December 15, 2010

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE