IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT HOLLAND,                                    No. CIV S-10-2110-GEB-CMK

    Plaintiff,

  vs.                                                           ORDER

TD AMERITRADE, INC.,

    Defendant.

_____/

       Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the court is Defendant's motion to dismiss (Doc. 50), set for hearing on June 16, 2011, before the undersigned in Redding, California.  However, due to a conflict in the court's schedule, it is necessary to reset the hearing for June 23, 2011, at 10:00 a.m., before the undersigned in Redding, California.

       IT IS SO ORDERED.

DATED:  May 23, 2011

                                                _____
                                                CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE